

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00635-CV

Frank **GARZA**,
Appellant

v.

Kris Angel **FINN**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV04020
The Honorable Robert Behrens, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  January 11, 2017

APPEAL DISMISSED FOR WANT OF PROSECUTION

Appellant appeals the trial court's order signed September 29, 2016.  Appellant's brief was due November 14, 2016.  Neither the brief nor a motion for extension of time to file the brief was filed.  On November 22, 2016, we ordered appellant to file, not later than December 22, 2016, his appellant's brief and a written response reasonably explaining his failure to timely file the brief.  We advised appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).  Appellant has filed neither his brief nor the written response ordered by the court.

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM